UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS SANDOVAL,<br><br>Defendant. | Case No.  11-cr-00355-EJD-31   (VKD)<br><br>**INTERIM ORDER RE RELEASE PENDING FURTHER DETENTION HEARING** |

On March 16, 2026, defendant Dennis Sandoval appeared with counsel for his initial appearance on a petition charging violations of his supervised release. *See* Dkt. No. 1674.  At the hearing, the United States asked that Mr. Sandoval be detained pending revocation proceedings before the presiding judge; the Probation Officer concurred.  Mr. Sandoval bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community pending revocation proceedings.  Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a).

Mr. Sandoval, who appeared at the hearing pursuant to summons, advised the Court that he has been a client of Cherry Hill Detox Services since March 7, 2026 for detoxification, treatment, and continuum of care.  He further advised that he has been assessed to participate in a City Team residential treatment program for 6 months to one year, with an option to continue in an SLE.  He asks to remain out of custody and be permitted to participate in the City Team residential treatment program.

Given Mr. Sandoval's history of non-compliance with prior conditions requiring him to participate in residential treatment, the Court requires additional information in order to make a

United States District Court
Northern District of California

determination regarding whether Mr. Sandoval should be released or detained pending further proceedings before the presiding judge.  Mr. Sandoval shall provide the Probation Officer with all necessary releases so that Probation can confirm his treatment to date and his proposed treatment at City Team.  The Court sets a further detention hearing for **March 18, 2026 at 1:00 p.m.**, so that Probation has an opportunity to confirm Mr. Sandoval's past treatment and proposed treatment and to assess whether Mr. Sandoval can be subject to location monitoring if he is permitted to participate in the proposed residential treatment program.

In the interim, the Court orders Mr. Sandoval to participate in the City Team inpatient residential treatment program, until such time as his Probation Officer or the Court orders him released from such treatment.  Mr. Sandoval is required to pay part or all of the cost of this treatment, in an amount not to exceed the cost of treatment as deemed appropriate by the Probation Officer.  Payments must never exceed the total cost of urinalysis and counseling.  The co-payment schedule must be determined by the Probation Officer.

All existing conditions of Mr. Sandoval's supervised release remain in place, and nothing in this order relieves Mr. Sandoval of his obligation to comply with those conditions.

**IT IS SO ORDERED.**

Dated: March 16, 2026

Virginia K. DeMarchi
United States Magistrate Judge

2