UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS SANDOVAL,<br><br>Defendant. | Case No.  11-cr-00355-EJD-31  (VKD)<br><br>**ORDER OF RELEASE PENDING REVOCATION HEARING** |

The Court held a further detention hearing in this matter on March 18, 2026.  Based on the information provided by the defense and by the Probation Officer, the Court concludes that Mr. Sandoval has shown by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community pending revocation proceedings, if the Court imposes the following conditions of release:

1. Mr. Sandoval must reside at the City Team San Jose inpatient residential treatment facility, located at 580 Charles Street, San Jose, CA 95112.

2. Mr. Sandoval must participate in the City Team inpatient residential treatment program, until such time as his Probation Officer or the Court orders him released from such treatment.  Mr. Sandoval must comply with all rules and requirements of the City Team program.  Mr. Sandoval must pay part or all of the cost of this treatment, in an amount not to exceed the cost of treatment as deemed appropriate by the Probation Officer.  Payments must never exceed the total cost of urinalysis and counseling.  The co-payment schedule must be determined by the Probation Officer.

3. Mr. Sandoval must participate in the Location Monitoring Program pending resolution

of the pending supervised release violation utilizing technology at the discretion of the Probation Officer and must abide by all technology requirements.  Mr. Sandoval must remain at the City Team location identified above at all times for a minimum of 30 days from the date of this order, unless permitted to leave by the Probation Officer or the Court.  Thereafter, Mr. Sandoval must remain at the City Team location at all times, except for the following activities, if approved in advance by the Probation Officer: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as approved by the Probation Officer.

The Court orders Mr. Sandoval to comply with the foregoing conditions of release.  All existing conditions of Mr. Sandoval's supervised release remain in place, and nothing in this order relieves Mr. Sandoval of his obligation to comply with those conditions.

**IT IS SO ORDERED.**

Dated: March 18, 2026

Virginia K. DeMarchi
United States Magistrate Judge