UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS SANDOVAL,<br><br>Defendant. | Case No.  11-cr-00355-EJD-31   (VKD)<br><br>**DETENTION ORDER** |

On June 2, 2026, defendant Dennis Sandoval appeared pursuant to a warrant for his arrest for failure to appear for court as ordered.  *See* Dkt. Nos. 1700, 1701.  The United States asked that Mr. Sandoval be detained pending further proceedings.  Mr. Sandoval advised that he submits to detention at this time.  Accordingly, the Court grants the United States' motion.

Mr. Sandoval is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Sandoval shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Sandoval to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: June 2, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge